IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


SHARDA L MULLINS                                                                PLAINTIFF


v.                                          Case No. 1:24-cv-1093


LEROY MARTIN; JERRY MANESS;
GEAN SIEGER; and ASST. JAIL ADMIN
MICKY STERNISHA                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 4, 2025, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 21. Judge Bryant recommends that this case be dismissed without prejudice for failure

to comply with the Court's Local Rules and orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object

has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and

Recommendation (ECF No. 21) *in toto*. Accordingly, the Court finds that this case should be and

hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of August, 2025.


                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        Chief United States District Judge